IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30882
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GLENN T. HAMPTON, II,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 91-CR-50100-1
- - - - - - - - - -
June 14, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Glenn T. Hampton, II, federal prisoner #07872-035, appeals the district court's denial of his motion invoking Fed. Crim. P. R. 35. Hampton's appeal is "from the denial of a meaningless, unauthorized motion." See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994). Thus, the appeal is without merit and is frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983) Because the appeal is frivolous, it is DISMISSED. See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We caution Hampton that any further frivolous filings relative to this conviction will result in the imposition of sanctions.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.